RECEIVED
OCT 20 2021
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

JEFFREY LYNN CHAPPLE JR.
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER: PRISONER # So# 0022620

Case No. 2:21 cv 5086

vs.

FRANKLIN COUNTY SHERIFFS OFFICER'S FCCC 1 & 2
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

Judge Marbley

MAGISTRATE JUDGE DEAVERS

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:
(FIRST NAME UNKNOWN) "CHAPLIN" CHAMBERS, "CAPTAIN" VINCENT (First Name Unknown) BRAMMER ~~CAPTAIN~~ (FIRST NAME UNKNOWN) "LT" MYERS, "CHIEF OF CORRECTIONS" PENNY PERRY (FIRST NAME UNKNOWN) "2ND SHIFT" KIRKPATRICK, (FIRST NAME UNKNOWN) "SGT" NEAL, JOHN JONES, & MANY MORE OFFICERS

## COMPLAINT

I. PARTIES TO THE ACTION:

PLAINTIFF: PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

JEFFREY LYNN CHAPPLE JR.
NAME - FULL NAME PLEASE - PRINT

370 SOUTH FRONT STREET COLUMBUS, OHIO 43215
ADDRESS: STREET, CITY, STATE AND ZIP CODE

614-525-5785 OR MY MOTHER'S #7408616053  #6145986602
TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

    A.    HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (X)

    B.    IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

        1.    PARTIES TO THIS PREVIOUS LAWSUIT

             PLAINTIFFS:

             DEFENDANTS:

        2.    COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)

        3.    DOCKET NUMBER

        4.    NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

        5.    DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

        6.    APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

        7.    APPROXIMATE DATE OF THE DISPOSITION

PLACE OF PRESENT CONFINEMENT

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (X) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES (X) NO ( )

C. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

FRANKLIN COUNTY CORRECTIONS CENTERS PROVIDED ME WITH AN INMATE CALL CARD & I WROTE THE SITUATIONS THAT HAPPENED ON THEM & GAVE THEM TO OFFICERS TO GET THE GRIEVANCES

2. WHAT WAS THE RESULT?

SOMETIMES I WOULDN'T HEAR ANYTHING BACK TO BE ABLE TO GET THE GRIVANCES, ONLY A HAND FULL OF TIMES I DID GET GRIEVANCES & MAYBE 2 OR 3 TIMES I HEARD SOMETHING BACK FROM THEM

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )

F. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

2. WHAT WAS THE RESULT?

-3-

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. NEED TO GET INFORMATION OF NAMES OF OFFICERS IN FCCC2
   NAMES - FULL NAME PLEASE
   2460 JACKSON PIKE FCCC2 COLUMBUS, OHIO 43223
   ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. "CHAPLIN", CHAMBERS (FIRST NAME UNKNOWN)
   370 SOUTH FRONT STREET FCCC1 COLUMBUS, OHIO 43215

3. "CAPTAIN" VINCENT BRAMMER
   370 SOUTH FRONT STREET FCCC1 COLUMBUS, OHIO 43215

4. (FIRST NAME UNKNOWN), KIRKPATRICK "2ND SHIFT"
   370 SOUTH FRONT STREET FCCC1 COLUMBUS, OHIO 43215

5. JOHN JONES
   370 SOUTH FRONT STREET FCCC1 COLUMBUS, OHIO 43215

6. "SGT" (FIRST NAME UNKNOWN), NEAL
   370 SOUTH FRONT STREET FCCC1 COLUMBUS, OHIO 43215

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

7. (FIRST NAME UNKNOWN), CURREN
   2460 JACKSON PIKE FCCC2 COLUMBUS, OHIO 43223

8. (FIRST NAME UNKNOWN), BOYD
   370 SOUTH FRONT STREET FCCC1 COLUMBUS, OHIO 43215

9. (FIRST NAME UNKNOWN) "SGT" CLYBURNS
   370 SOUTH FRONT STREET FCCC1 COLUMBUS, OHIO 43215

10. (FIRST NAME UNKNOWN) KAYLOR
    370 SOUTH FRONT STREET FCCC1 COLUMBUS, OHIO 43215

11. (FIRST NAME UNKNOWN) "LT." MYERS
    370 SOUTH FRONT STREET FCCC1 COLUMBUS, OHIO 43215

12. (FIRST NAME UNKNOWN), ZALIPSKI
    370 SOUTH FRONT STREET FCCC1 COLUMBUS, OHIO 43215

13. "SGT." ROGER HOWARD
    370 SOUTH FRONT STREET FCCC1 COLUMBUS, OHIO 43215

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

1. As I was booked in at Jackson Pike FCCC2 on 8-12-20, I asked to be an a single cell so I can heal up. They placed me in a "medical" tank & once a few guys knew that placed money on other people's inmate account they told me that I owe them half of that. This ended up with 3 inmates beaten me & with a oxygen hold part from a wheelchair. I was rushed to Grant Hospital with the need of serious medical need. I don't have the names of the officers that booked me in that day.

2. Officer Curren & Hubburd took me to Grant Mental Department in the month of 9/2020 & Officer Curren was provoking me, everytime the mental health lady would say something to me he would speak as if I needed him to speak for me & the same when I say something to the mental health lady he would speak as if she needed something to speak for her. So the last time when I asked her something & he spoke for her & I told him "Ain't nobody talking to you" & he got mad & said "we can go now". That's when I started walking towards the door. Once we got in hallway Curren started twisting the back of my belt & digging his fist into my back & I'm telling him "My back is broke, stop!" Since he didn't I pulled away & Mr. Hubburd comes over & say "Hold up don't do that cause you don't want another charge". (Have to find records for exact date) (There was more officers involed).

3. They moved me to 2West 16 from that single as soon as we got back to FCCC2. & a few days later Curren worked on 2West & was giving a lot of inmates in our tank & the tank next to us problems so these inmates decided to cover the windows, grease the camera up, & throw water under the doors. I didn't have nothing to with that & they moved me to 2West 10. (Have to find records for exact date) (There was more officers involed).

4. Being in tank 2West 10 for a few days they moved me to the FCCC1 County & increased my level. To 5West 1. (Have to find records for exact date) (Don't know officers names)

-5-

## RELIEF

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

I WANT THE COURT TO INVESTIGATE THE FACTS OF THE SITUATIONS THAT OCCURED IN THIS CASE. I WANT THE COURTS TO TAKE ACTION ON MY BEHALF BECAUSE OF THE PAIN & SUFFERING THAT I'VE ENDURED EXTREMLY. I ALSO WANT THE COURTS TO ALLOW ME TO HAVE A JURY HEARING.

SIGNED THIS 12 DAY OF OCTOBER 2021.

*Jeffrey L. Chapple JR.*
SIGNATURE OF PLAINTIFF

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. "SGT" (FIRST NAME UNKNOWN) "1ST SHIFT" ROBINSON
   NAMES - FULL NAME PLEASE
   370 SOUTH FRONT STREET FCCC 1 COLUMBUS, OHIO 43215
   ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. "SGT" (FIRST NAME UNKNOWN) "1ST SHIFT" NEELY
   370 SOUTH FRONT STREET FCCC 1 COLUMBUS, OHIO 43215

3. (FIRST NAME UNKNOWN) BATEMAN
   370 SOUTH FRONT STREET FCCC 1 COLUMBUS, OHIO 43215

4. "LT" (FIRST NAME UNKNOWN) D. JOHNSON
   2460 JACKSON PIKE FCCC 2 COLUMBUS OHIO 43215

5. (FIRST NAME UNKNOWN) DORTON
   370 SOUTH FRONT STREET FCCC 1 COLUMBUS, OHIO 43215

6. (FIRST NAME UNKNOWN) MCGARYITY
   370 SOUTH FRONT STREET FCCC 1 COLUMBUS, OHIO 43215

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

7. PENNY PERRY "CHIEF OF CORRECTIONS"
   370 SOUTH FRONT STREET COLUMBUS, OHIO 43215

8. (FIRST NAME UNKNOWN) BLAKE
   370 SOUTH FRONT STREET COLUMBUS, OHIO 43215

9. "NOTE" THERE ARE MORE OFFICERS, BUT WHEN I REQUESTED FOR ALL OF THE OFFICERS NAMES, I WAS TOLD THAT THEY WOULDN'T BE ALLOWED TO GET THAT INFORMATION TO ME BECAUSE IT'S FILED AWAY SOMEWHERE.
   FCCC 1 & FCCC 2, 370 SOUTH FRONT STREET & 2460 JACKSON PIKE COLUMBUS OHIO 43215 & 43223.

ATTACHMENT #1

# STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

5. IT WAS THE MONTH OF 11/2020 THAT "CHAPLAIN" CHAMBERS & I SPOKE ABOUT US "MUSLIMS" BEING ABLE TO GET KUFIS, PRAYER RUGS, & KA'RAN'S. HE SAID THAT A IMAM HAS TO COME DOWN & DONATE THEM. SO I CALL MY MOTHER & ASKED HER TO GET HER IMAM TO BRING AT LEAST 10 KUFIS, 10 PRAYER RUGS, & 10 KA'RAN'S & DONATE IT. SINCE IT WASN'T A OVERNIGHT THING, "CHAPLIN" CHAMBERS CAME BACK WITHIN A COUPLE OF WEEKS LATER & TOLD ME THAT HE TALKED TO "CAPTAIN" BRAMMER & HE DENIED IT. THIS WAS WHEN I WAS IN 5 WEST 1 TANK. (HAVE TO FIND RECORDS FOR EXACT DATE)

6. ON 2-19-21 WHEN I WAS ON 7 NORTH LEFT A INMATE "K. MITCHELL" THREW DODO ON OFFICER "KIRKPATRICK" BUT OFFICER "JOHN JONES" CAME TO MY CELL A FEW TIMES WHILE I WAS TALKING TO THE VOICES I WAS HEARING. SINCE I WAS IN THAT STAGE THE OFFICERS CAME IN MY CELL WITH ARMOR & SHIELDS KNOCKING MY NUTTY BAR THAT I WAS EATING OUT OF MY HAND & AGGRESSIVELY PLACED ON MY STOMACH THEN AGGRESSIVELY PUT MY ARMS BEHIND MY BACK & AGGRESSIVELY PUT HANDCUFFS & SHACKLES ON ME. I WASN'T RESISTING BUT THEY STARTED YELLING STOP RESISTING & STARTED PRESSING MY ARMS & LEGS INTO MY BACK & IT STARTED TO HURT VERY BAD & IT WAS TAKING MY BREATH. THE PAIN THAT I WAS IN MADE ME NOT ABLE TO WALK, THEN THEY CARRIED ME FROM MY ARMS & THEY GRABBED THE SHACKLES. ONCE I GOT TO THE LOBBY ON 7TH FLOOR ONCE AGAIN THEY PUT ME ON MY BELLY & PRESSED MY ARMS & LEGS INTO MY BACK TAKING MY BREATH. THEY STARTED BACK CARRYING ME BY MY ARMS & SHACKLES ONTO ELEAVATOR THAN PLACED ME ON MY BELLY UNTIL WE GOT TO THE 1ST FLOOR. BY THIS TIME I'M IN EXCESSIVE AMOUNT OF PAIN & STARTED CRYING FOR MY MOTHER. THEY PUT ME ON MY BELLY IN THE GLASS ROOM ON 1ST FLOOR & STARTED UNCUFFING ME. THE CUFF KEY BROKE INTO THE CUFF SO THEY DID SOMETHING ELSE TO GET THE CUFFS OFF & THAT INJURED THE RIGHT WRIST. I LAID THERE CRYING FOR MY MOM IN PAIN. (SGT NEAL & OTHER OFFICERS WAS INVOLD)

ATTACHMENT #2

**STATEMENT OF CLAIM**

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

7. ON 2-22-21 THEY MOVED ME FROM THE GLASSROOM ON THE 1ST FLOOR TO 3 WEST CENTER CELL 8. BUT WHEN THEY BROUGHT ME OUT OF THE GLASSROOM THEY TOOK ME TO ANOTHER ROOM ON 1ST FLOOR & TOOK MY 2 PAIRS OF BOXERS & 3 PAIRS OF SOCKS & THEN PLACED ME IN A PICKLE SUIT. THEN THEY TOOK ME TO 3 WEST CENTER CELL 8 & WHEN THEY PUT ME IN THERE THEY CUT MY WRIST BAND OFF. & STILL TIL TODAY I HAVENT SEEN MY 2 PAIR OF BOXERS OR 3 PAIRS OF SOCKS. (DONT KNOW NAME OF ALL OFFICERS INVOLVED BUT SGT NEAL WAS ONE)

8. I DONT REMEMBER THE ACTUAL DATE BUT WHEN THEY MOVED ME FROM 3 WEST CENTER CELL 8 THEY MOVED ME BACK TO 7 NORTH LEFT BUT NOW CELL 11. THE DAY THAT JOHN JONES WORKED I ASKED TO SPEAK TO MENTAL HEALTH, HE AGREED. NEXT TIME I SEEN HIM I ASKED IF HE TALKED TO THEM YET & THEN HE RESPONDED "ARENT YOU THE ONE WE HAD CRYING FOR HIS MOMMA". I RESPONDED & TOLD HIM "HE WONT COME IN HERE BY MYSELF & TRY IT AGAIN". HE PLACED ME ON 48 HRS RESTRICTION. (HAVE TO FIND RECORDS FOR DATES).

9. ON 2-19-21 STAFF LEFT MY BOX IN THAT CELL ON 7 NORTH LEFT RANGE & SOMEONE TOOK MY FOOD THUR THE BARS & LOOKED ALL THUR MY PAPERWORK, MAIL ETC. I NOTICED ALL OF MY COMMISSARY WAS GONE WHEN I GOT UP THERE & A GUY STARTED TELLING ME THAT A PERSON THAT GOT MOVED OFF OF THE RANGE "FISHED" IT WITH A BROOM & TOOK IT & LOOK THUR ALL MY STUFF. NEVER GOT ANYTHING REPLACED. (KIRKPATRICK, JOHN JONES, SGT NEAL & A LOT MORE OFFICER INVOLVED)

10. THE DAY THAT I GOT MOVED OUT OF 7 NORTH LEFT CELL 11, THE "INMATE" IN CELL 10 THREW DODO IN MY EYE WHEN I WAS STANDING AT MY BARS WATCHING T.V. NOW I RETURNED THE FAVOR BUT I THREW MORE. "SGT NEELY" ENDED UP GETTING ME & TAKING ME TO 3 WEST CENTER CELL 2. I DONT THINK THEY DID ANYTHING TO HIM. THEY LET THE NURSE FLUSH MY EYE BECAUSE IT FELT LIKE IT WAS CUT & IT WAS RED & IRRETATED. THEY LEFT MY BOX IN THAT CELL AFTER I LEFT & SOMEONE TOOK MY NEW GREASE & DEODORANT & MY JAMES GULETTE BOOK FROM THE BOOK CLUB PROGRAM. (7TH FLOOR OFFICERS THAT WORKED THAT MORNING, BLAKE & A FEW OTHER OFFICERS WAS INVOLVED)

-5-

ATTACHMENT #3          STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

11. On the Friday just before Ramadon 2021 "John Jones" & "Kirkpatrick 2nd shift" was working on the 8th floor. I'm in 8 North left cell 2. I see "John Jones" & I asked him for some toothpaste & he looked & seen it was me so he asked "Who is that Chapple" & I said "Yeah". He replied "We're gone have to see how you act today", & I said "You can't refuse me of hygiene". He walked off. When they passed me my tray the buger was bitten off & the fries had body fluids "cum" on them. I ate one fries before I noticed that it was "cum". I threw my buger on the floor then they put me on 48 hrs restriction. I had the person out call my girlfriend to have her call up here & tell them what just went on & get mental health to me. The nurse ended up coming & I told her everything & I asked to get the tray tested for DNA as they was walking away. I had it for almost a month & it never got tested, they threw it away.

12. On 4-12-21 I wrote "Lt" Myers because Chaplin Chambers wasn't here & asked for prayer rugs on a cell card but since I took my copy off of it they gave it back saying its incomplete write another one & keep all 3 copies on it. So I did so & never got a response nor prayer rugs. (The officers that worked the floor was involved) (& Lt. Taylor also)

13. During the month of Ramadan there were days where the trays was short on portions & sometimes didn't have everything on there. There was days that the trays was dropped & they still brought us the trays. A couple days officers worked that I didn't trust so I didn't eat the tray, I gave it away & ate from my commissary bag. (The kitchen officers that worked the floor was involved)

14. On 4-30-21 2nd shift came on 8 North left & searched the whole range because a situation occured earlier 1st shift. Once they got to my cell, I cuffed up & as I'm walking

-5-

ATTACHMENT #4

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

CONTINUE 14 →

To exit the range I see John Jones is the 1st one to enter my cell. When they asked me to go back to my cell, I went in there & when I didn't see the tray that I been saving to get tested for DNA because of John Jones & Kirkpatrick worked & gave me that tray that had "cum" on it, I kept the cuffs on asked for a "LT" & continued to look & see what else they took. They took another that had 2 cakes & 2 fish that was from earlier. & something that was wrapped in this cloth that was in the cell before I got in there, they took & said that I had a weapon & I let them know that was in here when I got in here. So I asked for a "LT" again then "SGT" Roger Howard put his hand around his mouth & yelled at me saying "I'm the highest rank". Say replied "No the fuck you ain't Dallas Baldwin is & get me a LT". He said "He's going to the solid door & when I get done with this paperwork you will be on works move". As Corrtrell & Sinford bring to 3 West Center Cell 5 I asked them "if he could even do some unlawful stuff like this" & they said "that's how 'SGT' Howard is. When I got into this cell I didn't take cuffs off because I wanted a 'LT', but Corrtrell & Mr. H came & talked to me & said "Just take the cuffs off because 'SGT' Howard wants us to come in there & it's not gone be nice" I told them only if I can call my love one & let them know what's going on & since I never really had a problem with them. A little while later they let me on phone. (There was a lot more officers involved)
(We need to find records)

15 One Day I was in 3 West Left Cell 1 & we got bad milks that night for breakfast. I ended up pouring the rest of the milk in my tray & sat it in front of my cell. When Hood came around he kicked the tray & the milk spilled everywhere & "SGT" Neely came around later on & accused me of spilling the milk everywhere & tried to put me on 48 Hrs restriction while I was doing my disciplinary time & since ~~the~~ I didn't do

-5-

ATTACHMENT #5

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

CONTINUE 15. THE MILK SPILLING & HE NOT ALLOWED TO PLACE ME ON RESTRICTION WHILE I'M DOING DISCIPLINARY TIME "FARNSWORTH" & "SGT" BROST TOOK THE RESTRICTION OFF OF ME (I HAVE TO GET RECORDS OF THE DATE).

16. 7-14-21 "SGT" ROGER HOWARD, DORION, BOYD & MCGARITY MOVE MY THING FROM CELL 5 TO CELL 3 WHEN I WAS ON 3 WEST LEFT & I WAS SUPPOSE TO STAY "5 DAYS IN CURRENT LOCATION - LOSS OF ALL PRIVILEGES" IT STARTED 7-14-21 & ENDED 7-19-21. THE CELL WAS NASTY & THEY DIDN'T GET ME CLEANING SUPPLIES. THE NEXT DAY I TOLD "SGT" BROST & HE MOVED ME BACK BECAUSE I WASN'T SUPPOSE TO MOVE & 2ND SHIFT CAME IN & WROTE ME UP BECAUSE HE WAS MAD & THE WRITE WAS "6.16 REFUSAL TO ACCEPT ASSIGNMENT OR CLASSIFICATION ACTION 7.8 MAKING UNFOUND COMPLAINTS OR CHARGES AGAINST STAFF MEMBERS OR THE FACILITY WITH MALICIOUS INTENT" BUT WAS FINALLY FOUND NOT GUILTY BECAUSE EVERYTHING WAS ON CAMERA.

17. 8-5-21 "SGT" NEELY LIED & SAID I DISRESPECTED STAFF & MADE THAT THE REASON THAT THEY DIDN'T GIVE ME REC. I ASKED BATEMAN TO GET REC @ 10:30AM-11:30AM BECAUSE I GOT AN IMPORTANT CALL TO MAKE BUT THEY CAME AFTER 12:00PM & BECAUSE I KNOW THAT THEY WAS GONE TO BE ON LUNCH BREAK, ONCE BATEMAN PLACED CUFFS ON ME I SNATCHED MY HANDS BACK THRU THE TRAP & GOT ON MY RACK SO THEY COULD PUT THE SHACKLES ON ME BUT "SGT" NEELY LIED SAYING I DISRESPECTED STAFF SO HE HAD BATEMAN TAKE THE CUFFS OFF OF ME & I DIDN'T GET REC & I HAD INMATE "ANTHONY WILKES" IN 3 WEST LEFT 6 SIGN MY CALL CARD BECAUSE HE SEEN WHAT HAPPENED & THEY MOVED HIM OUT OF THE RANGE ON 2ND SHIFT.

18. ON 8-27-21 WHILE WALKING FROM SHOWER PASSED INMATE "EMMANUEL CHILDS" CELL HE BACK HANDED ME THEY "THE STAFF" ACTED LIKE THEY DIDN'T SEE IT. SO WHEN HE DID IT I STOP & TOLD HIM DO IT AGAIN A FEW TIMES BUT BOYD WHO IS HOLDING THE HAND HELD CAMERA PUSHED ME & SAID KEEP WALKING. I PLACED MY SHOWER STUFF IN MY CELL & WALKED TO THE PHONE.

-5-

ATTACHMENT #6

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

CONTINUE 18. WHEN I GOT TO THE PHONE BOOTH I ASKED THEM IF THEY SEEN HIM BACK HAND ME & THEY SAID NO BUT WE GONE LOOK AT THE CAMERA & ZALIPSKI WENT BACK THERE & THE INMATE SAID YES HE DID SO THEY PLACED VIOLATION ON HIM. THEY WASN'T GONE TO DO ANYTHING UNLESS I SAID SOMETHING. ("SGT" CLYBURNS, BOYD, NAYLOR & ZALIPSKI) WAS ALL INVOLD.

19. I FILED GRIEVANCE AFTER THE 8-21-21 SITUATION & A SGT WROTE A RESPONSE ON A CALLCARD AFTER I ALREADY FILLED THE GRIEVANCE OUT & SHOWED THE CAMERA. I JUST AIN'T TURN IT IN YET BECAUSE I DIDN'T FEEL SAFE BECAUSE IT MIGHT OF NOT OF GOT TO WHERE IT NEED TO GO TO. THEY HAVE ALREADY MESSED WITH GRIEVANCES & SOMETIMES HAVEN'T GAVE US GRIEVANCES. THIS CALL CARD WAS WRITTEN 8-31-21. ("SGT" NEAL, JOYCE & OTHER OFFICERS) WAS INVOLD.

20. 9-11-21 WHEN I WAS ON PHONE "ROBINSON" CAME OVER & TOLD ME TO LOWER MY TONE, THIS IS THE SAME GUY THAT I'VE BEEN HUMBLE AFTER HE CAME AT ME CRAZY THE LAST FEW TIMES. SO I KEPT TALKING TO MY LOVE ONES. THEN I ASKED FARNSWORTH WOULD HE TAKE THESE SHACKLES OFF BECAUSE THEY ARE HURTING MY ANKLES. BY THE TIME THEY COME GET ME THEY GOT ROBINSON CUFFING ME & ONCE I HAD CUFFS ON I DIDN'T LET HIM DOUBLE LOCK THEM BECAUSE I WANTED TO GET AWAY FROM HIS BAD ENERGY. BUT "SGT" NEELY SAID IF WE HAVE TO DO SOMETHING TO HIM ITS GONE HURT HIM, AS IF THEIR PLANNING TO DO SOMETHING. SO WE GOT TO MY CELL I GOT ON MY RACK SO THEY CAN TAKE THE SHACKLES OFF, BUT THEY SAID NO & I GOT UPSET & GRABBED MY SHOWER STUFF & HURRIED MY WAY TO THE SHOWER WHILE I SPOKE MY MIND. I PLACED MY HANDS ON WALL SO I DON'T HAVE TO PUT THESE PANTS THAT I SLEEP WITH ON THE DIRT BENCH IN THE SHOWER. THEN ROBINSON IS SAYING ON THE BENCH THE "SGT" NEELY IS SAYING ON THE BARS, ONCE I TRIED TO EXPLAIN THAT IT REALLY DON'T MATTER "SGT NEELY" SAID GO BACK THEN I BEGGED HIM PLEASE THEN HE SAID NO SO HURRIED MY WAY BACK TOWARD MY CELL & SPOKE MY MIND BUT BOTEMAN PUT HIS HANDS ON ME & I PULLED AWAY THEN THEY TRIED TO TAKE ME DOWN. SINCE I WANT TO PROTECT MY FACE FROM GETTING BUSTED UP I RESISTED A LITTLE. THEY REINJURIED MY RIGHT WRIST, RIGHT ANKLE & BACK. PLUS THEY PUT A SCARE ON MY FOREHAND, KNEES & ELBOWS PLUS THE TOOK MY BREATH FOR A LITTLE WHILE. (OTHER OFFICERS CAME TOWARDS THE END THAT ENDED UP INVOLD, I WAS ALSO CUFFED UP)

-5-

ATTACHMENT #7

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

21. 9-13-21 "BLADE" & "GAMERSFELTER" DIDN'T GIVE ME A SHOWER WHEN I REQUESTED A SHOWER.

22. 9-20-21 OFFICER CARMAN GAVE ME A DUST PAN WITH DODO & WHEN I PULLED IT IN MY FOOD TRAY & SEEN IT I TOLD HIM & HE SAID "THAT IT WAS RUST" & I ASKED HIM "WHAT DAY ON EARTH DO PLASTIC HAS RUST ON IT". HE ENDED UP SWITCHING ME DUST PANS. (THIS IS NOT THE ONLY TIME THAT THEY GAVE ME CLEANING SUPPLIES THAT HAD DODO ON IT BUT THIS IS ONE OF THE TIME I SEEN IT BEFORE I USED THE CLEANING SUPPLIES).

23. 9-21-21 BLAKE PASSED ME MY TRAY & THE POTATOES WAS EVERYWHERE ON THE TRAY AS IF SOMEONE DID SOMETHING TO IT. SO I ASKED HIM DID HE DO SOMETHING TO MY TRAY & HE DID RESPOND SO I SMELL IT TO MAKE SURE IT DIDN'T SMELL LIKE ANYTHING WAS IN IT & ONCE I THOUGHT IT WAS ANYTHING IN IT I ATE IT. BUT HE CAME BACK A LITTLE LATER TO GIVE ME A CONDUCT REPORT & SAID " I HOPE YOU ENJOYED YOUR TRAY, IT WAS SOMETHING SPECIAL IN THERE FOR YOU"!

24. 9-24-21 BATEMAN GAVE ME A TRAY THAT WAS MESSED WITH. JUST BECAUSE I DON'T TRUST HIM I SHOWED THE CAMERA BEFORE I BROUGHT IT INSIDE OF MY FOOD TRAP. WHEN I PULLED IT INSIDE OF MY FOOD TRAY & LOOKED AT IT HE INSTINTLY SAY " HEY MAN, IF YOU DON'T WANT THAT TRAY YOU CAN PICK ANY ONE ON THE KART". HE SHOWED ME TWO TRAY ON THE KART THAT LOOKED LIKE THEY CAME STRAIGHT OFF OF THE FOOD ASSEMBLY LINE SO I ASKED FOR THE 1ST ONE THAT HE SHOWED ME BECAUSE SEEING THAT ONE YOU COULD TELL THAT THE ONE HE 1ST GAVE ME WAS MESSED WITH. SO HE SWITCHED ME TRAYS.

25. 9-26-21 BOYD CAME AROUND HIS 1ST ROUND & I ASKED HIM FOR A SHOWER & TO GO TO THE PHONE BUT HE KEEP WALKING & SAID "I'M GONE TO SEE WHAT I CAN DO". THEN HE CAME BACK ASKING WHAT DID I SAID & I TOLD HIM THEN HE SAID" AFTER ALL THAT YOU DONE PUT ME THUR", THEN STARTED READING THE NOTE ON MY DOOR, THEN HE SAID "I'M NOT LETTING YOU OUT". THEN WALKER CAME BACK WITH BOYD & I TOLD HIM HOW BOYD WASN'T TRYING LET ME OUT & HE JUST ACTED LIKE HE JUST GOING WITH

-5-

ATTACHMENT #8

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

CONTINUE 25. BOYD'S IDEA. THEN WHEN "SGT" THOMPSON CAME AROUND I TOLD HER & SHE BASICLY WAS SIDING WITH BOYD. I WAS ON NO DISCIPLINARY NOR RESTRICTION.

26. AT DINNER 9-26-21 THE TRAY BOYD GAVE TO ME I SHOWED THE CAMERA & WHEN I BROUGHT IT OUTSIDE OF MY FOOD TRAY I SEEN THAT THE SIDES LOOKED LIKE THEY WAS MESSED WITH SO I JUST BIT INTO THE HOT DOG & SINCE IT TASTED FUNNY I FLUSHED THE REST OF IT DOWN THE TOILET. THE NEXT DAY 9-27-21 WHEN I SEEN "SGT" NEAL I TOLD HIM THAT I WANTED TO GET THIS TRAY DNA TESTED & TESTED FOR OTHER THINGS. HE SAID IT'S BEEN IN MY CELL TO LONG & I'VE COULD OF MESSED WITH IT FOR ALL THEY KNOW. SO I WROTE A CALL CARD FOR A GRIEVANCE & NEVER GOT ONE NOR HAVEN'T HEARD ANYTHING BACK FROM THEM ABOUT IT.

27. 9-30-21 I RECIVED A LETTER SITTING ON MY BED WHEN I CAME BACK FROM THE PHONE. THE LETTER WAS FROM "LIEUTENANT" D. JOHNSON "L-12". IT WA DATE THE 24 OF SEPTEMBER 2021 & AT THE END OF IT IT SAYS " YOU HAVE THE FURTHER RIGHT TO APPEAL THIS DECISION TO SHERIFF BALDWIN WITHIN FIVE (5) DAYS OF RECEIPT OF THIS DENIAL". BUT I ALREADY APPEAL "CAPTAIN" VINCENT BRAMMER DECISION & MELZER GRABBED MY APPEAL FORMS "3 PAGE/2 SHEET" THAT I PLACED UNDER MY DOOR EITHER 9-19-21 GOING INTO 9-20-21 3RD SHIFT OR 9-20-21 GOING INTO 9-21-21 3RD SHIFT MAYBE AROUND 4:45A-6:15A. (I THINK MORE OFFICERS WAS INVOLD).

28. 10-4-21 CHAPMAN PASSED ME CLEANING SUPPLIES & SINCE THE BROOM DUST AL ON IT I ASKED HIM FOR ANOTHER BROOM. HE SAY "WHY DO YOU WANT ANOTHER BROOM THIS ONE IS GOOD & I SAID BECAUSE IT'S DIRTY & HE GOT ME ANOTHER BROOM. WHEN I ASKED HIM FOR NEW MOP WATER BECAUSE THEY WATER WAS DIRTY HE SAID "CHAPPLE YOU'RE NOT SPECIAL, I'M NOT CHANGING THE MOP WATER FOR YOU. THEN I SHOWED THE CAMERA MY TRAY BEFORE PULLING IT THRU MY FOOD TRAP THEN WHEN I LOOKED AT IT THE COLE SLAW LOOKED LIKE IT WAS MESSED WITH SO I ASKED TO SEE ANOTHER TRAY & HE SHOWED ONE TO ME, IT LOOKED LIKE IT WAS STRAIGHT OFF THE FOOD ASSEMBLY LINE SO I THREW THAT TRAY STRAIGHT INTO THE TRASH. BLAKE CAME TO 3 WEST CENTER CELL 4 & ASKED HIM IF HE WAS DONE WITH

-5-

ATTACHMENT #9

STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

CONTINUE 28. THE CLEANING SUPPLIES & I WAS TELLING CELL 4 HOW SOMEONE WAS BEHIND MY WALL & JUST MADE MY SINK TURN ON. & AS BLAKE STARTED WALKING TOWARDS MY CELL I TOLD HIM THAT I HAD CALL CARDS, THEN HE PICKED THEM UP & SAID "I DONT GIVE A FUCK ABOUT YOU". WHEN HE CAME BACK & GRABBED THE 2ND PAIR OF CALL CARDS, HE CAME BACK 5 MINUTES LATER & SAID WASN'T NOTHING ON THE CALL CARD AS IF I WILL JUST SLIDE OUT A CALL CARD WITH NOTHING ON IT.

29. SERVAL TIMES ON SERVAL DATES THESE OFFICERS WILL LIE & TRYING COVER UP THEIR UNLAWFUL BEHAVIOR. &/OR AN "SGT", "LT", OR "CAPTAIN" WOULD RESPOND TO A CALL CARD ON WHATEVER PAPERWORK THAT I WROTE UP ABOUT AN OFFICER & TRY TO MAKE IT SEEM AS IF MY COMPLAINT WAS FALSE. (ALL OF OFFICERS HAVE & HAD DISPLAYED THIS BEHAVIOR)

30. SERVAL TIMES SINCE THE MONTH OF 11/2020 I'VE TALKED TO FLOOR OFFICERS, "SGTS" "LT" ABOUT HOW THE WATER LOOK, TASTE & MAKE ME FEEL LIKE & HAS NOT BEEN ABLE TO DRINK OR SHOWER WITH ANY OTHER WATER. I ALSO HAD TALKED & WROTE MEDICAL & MENTAL HEALTH ABOUT IT TOO. (SERVAL OFFICERS I'VE SPOKE WITH ABOUT THIS SITUATION OF SERVAL TIMES & DATES)

31. SERVAL TIMES I HAVEN'T RECIEVED A COPY OF A CALL CARD THAT I'VE WROTE & WHEN I'VE WROTE GRIEVANCES I HAVEN'T GOT A RESPONSE. (THIS HAPPENED ON SERVAL OCASSIONS WITH SERVAL OFFICERS)
NOTE:

32. "ITS SERVAL OTHER SITUATIONS THAT OCCURED WITH ME & THESE OFFICERS, I JUST DONT HAVE THE PAPERWORK IN FRONT OF ME BECAUSE I SENT IT HOME SO THEY WOULDN'T MESS WITH IT. & WHEN I REQUESTED TO GET THAT INFORMATION FROM SOCIAL SERVICES THEY HAVEN'T SENT IT TO ME."
NOTE:

33. ON 8-15-21 AROUND 3:45 PM - 4:45 PM THE OFFICER THAT WAS WORKING WITH FOWLER PUT A BAG UNDER THE WATER JUG & SAT THE BAG IN A TRASH CAN WITH TRASH IN IT. WHEN THE BAG FILLED UP IT WAS HEAVY SO IT FELL INTO THE TRASH CAN & THE OFFICER PICKED IT OUT OF THE TRASH CAN & FILLED THE WATER PITCHER UP WITH WHAT WAS LEFT IN THE BAG & PURSUED TO PASS THAT JUICE TO INMATES. ON 3RD FLOOR WHILE I WAS IN PHONE BOOTH.

-5-